```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| HARRIANN C. BERNSTEIN, | |
|        Plaintiff, | Civil Action No. 08-cv-3796 (NLH) |
| v. | **ORDER** |
| CITY OF ATLANTIC CITY, et al., | |
|        Defendants. | |

For the reasons expressed in the Court's Opinion filed today,

**IT IS HEREBY** on this 27th day of June, 2011

**ORDERED** that Defendants' Motion for Summary Judgment [Doc. 46] is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that summary judgment is **DENIED, without prejudice**, with respect to Plaintiff's claims in Counts 1, 2 & 3 of her Complaint; and it is further

**ORDERED** that summary judgment is **DENIED, without prejudice**, with respect to Plaintiff's claims in Count 4[1] of her Complaint; and it is further

**ORDERED** that summary judgment is **GRANTED** with respect to Plaintiff's claims in Count 4a of her Complaint; and it is further

**ORDERED** that summary judgment is **GRANTED in part** and **DENIED in part, without prejudice**, with respect to Plaintiff's claims in

---

[1] Inadvertently, Plaintiff included two count 4's in her Complaint. The Court will refer to the first as Count 4 and the second as Count 4(a).

Counts 5 and 6 of her Complaint; and it is further

**ORDERED** that summary judgment is **DENIED, without prejudice,** with respect to Plaintiff's claims in Counts 7 and 8 of her Complaint; and it is further

**ORDERED** that Defendants are permitted to file a renewed motion for summary judgment within sixty (60) days of the entry of this Order.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.